IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. BENJAMIN M. BAILEY, an individual,<br><br>              Plaintiff,<br>vs.<br><br>1. ARDAGH GLASS, INC., a foreign for-profit business corporation,<br><br>              Defendant. | Case No. 18-CV-142-TCK-JFJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Benjamin M. Bailey and Ardagh Glass, Inc., hereby stipulate that this lawsuit is dismissed with prejudice. Each party will bear its own attorney fees and costs.

Approved:

*[signature]*
Benjamin M. Bailey

Respectfully submitted,

**ARMSTRONG & VAUGHT, P.L.C.**

*/s/ Charles C. Vaught*
**Charles C. Vaught, OBA #19962**
2727 East 21st Street, Suite 505
Tulsa, OK 74114
918-582-2500 – Telephone
918-583-1755 – Facsimile
cvaught@a-vlaw.com
*Attorney for the Plaintiff*

**AND**


**GABLEGOTWALS**

/s/ *Christopher S. Thrutchley*
*(signed by Plaintiff's attorney with permission of Defendant's attorney)*
Christopher S. Thrutchley, OBA # 15859
Stephanie S. Duran, OBA # 33164
**GableGotwals**
1100 ONEOK Plaza, 100 W. 5th St.
Tulsa, OK 74103
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
***Attorney for the Defendant***